# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § | |
| *Plaintiff*, | § § | |
| vs. | § | CIVIL ACTION H-08-2429 |
| | § | |
| O'REILLY AUTOMOTIVE INC., D/B/A O'REILLY AUTO PARTS, AND OZARK AUTOMOTIVE DISTRUBTORS, INC., | § § § | |
| *Defendants*. | § | |

## **NOTIFICATION OF AMENDMENT AND ORDER**

On November 23, 2010, the court issued a memorandum and recommendation (Dkt. 50). Plaintiff (Dkt. 53) and defendants (Dkt. 52) objected. After reviewing the objections, the court concluded it was appropriate to issue an amended memorandum and recommendation.

The parties are notified that the amended memorandum and recommendation entered this day corrects the phrase "severe and pervasive" to "severe or pervasive." (*see* Dkt. 50, at 17, 18, 19). The amended memorandum and recommendation contains no other changes from the original.

The parties' objections (Dkts. 52, 53) are deemed filed as to the amended memorandum and recommendation. The amended memorandum and recommendation will be presented to the district court for review on this day.

Signed at Houston, Texas on December 14, 2010.

Stephen Wm Smith
United States Magistrate Judge