UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, § <br> § <br> Plaintiff, § <br> § <br> versus § <br> § <br> O'REILLY AUTOMOTIVE INC. D/B/A § <br> O'REILLY AUTO PARTS; AND § <br> OZARK AUTOMOTIVE DISTRIBUTORS, INC. § <br> § <br> Defendants. § | CIVIL ACTION H-08-2429 |

## Order of Adoption

On November 3, 2010, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (50). On December 14, 2010, Magistrate Judge Smith issued an amended memorandum and recommendation (57). The court has considered the plaintiff's (53) and defendants' (52) objections. The amended memorandum and recommendation is adopted as this court's order. All of the plaintiff's claims other than the claim for hostile work environment of Dorothy Horton are dismissed with prejudice.

Signed December 16, 2010, at Houston, Texas.

                                                                             Lynn N. Hughes <br>
                                            United States District Judge